BELLE E. SCHEFFEL, et vir., v. DADE COUNTY, J. LAMAR PAXSON, N. P. LOWREY, CHARLES H. CRANDON, J. D. REDD and CECIL A. TURNER, as County Commissioners of Dade County, and constituting the Board of County Commissioners of Dade County; and J. O. PRESTON.

194 So. 631
En Banc
Opinion Filed March 12, 1940

*Mitchell D. Price* and *Charles W. Zaring,* for Appellants; *Hudson & Cason* and *G. M. McNutt,* for Appellees.

PER CURIAM.—In this cause Mr. Chief Justice TERRELL, Mr. Justice WHITFIELD and Mr. Justice CHAPMAN are of the opinion that the decree in this cause should be affirmed while Mr. Justice BROWN, Mr. Justice BUFORD and Mr. Justice THOMAS are of the opinion that the said decree should be reversed. When the members of the Supreme Court, sitting six members in a body and after full consultation, it appears that the members of the Court are permanently and equally divided in opinion as to whether the decree should be affirmed or reversed, and there is no prospect of an immediate change in the personnel of the Court, the decree should be affirmed; therefore it is considered, ordered and adjudged under the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 So. R. 51, that the decree of the circuit court in this cause be and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.